IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RELIANCE HEALTH CARE, INC.**                                                                 **PLAINTIFF**

v.                              Case No. 4:21-cv-01164 KGB

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA**                                                                         **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of voluntary dismissal with prejudice (Dkt. No. 25). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the parties' stipulation of voluntary dismissal with prejudice (Dkt. No. 25). The Court dismisses Reliance Health Care, Inc.'s claims against Travelers Property Casualty Company of America with prejudice, with each party bearing its own costs and attorneys' fees.

So ordered this 15th day of March, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge